HIGGINS OIL & FUEL CO. et al. v. DELANEY et al. (Circuit Court of Appeals, Fifth Circuit. February 2, 1921.) No. 3530. Appeal from the District Court of the United States for the Western District of Louisiana; George W. Jack, Judge. Suit in equity by the Higgins Oil & Fuel Company and others against J. B. Delaney and others. Decree for defendants, and complainants appeal. Affirmed on opinion below. 263 Fed. 931. S. L. Herold and J. A. Thigpen, both of Shreveport, La., for appellants. John S. Richardson, of Homer, La., and W. D. Goff, of Arcadia, La., for appellees. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. For reasons stated in the opinion rendered by the District Judge (263 Fed. 931), the decree in this case is affirmed.

JUMPER et al. v. BELMONT. (Circuit Court of Appeals, Fourth Circuit. February 1, 1921.) No. 1885. Appeal from the District Court of the United States for the Eastern District of South Carolina, at Charleston. Frank G. Tompkins, of Columbia, S. C., for appellants. Frank R. Frost, of Charleston, S. C., for appellee.

PER CURIAM. Cause docketed and dismissed, on motion of appellee.

KIMBALL v. ELAM et al. (Circuit Court of Appeals, Eighth Circuit. January 7, 1921.) No. 211. Petition to Revise Order of the District Court of the United States for the District of Kansas. Paul H. Kimball and Webster W. Kimball, both of Parsons, Kan., for petitioner. W. P. Dillard, of Ft. Scott, Kan., for respondents.

PER CURIAM. Petition to revise dismissed, with costs, on motion of respondents.

In re Application of the KINSEY MFG. CO. and the Willys Overland Company for instructions to the District Court of the United States for the Northern District of Ohio, Western Division, to reopen the interlocutory decree and further consider the case, after filing of mandate from this court in the case of Troy Carriage Sunshade Company v. Kinsey Manufacturing Company and Willys Overland Company, 247 Fed. 672, 159 C. C. A. 574. (Circuit Court of Appeals, Sixth Circuit. February 14, 1921.) No. 3529. Wilber Owen, of Toledo, Ohio, Chester H. Braselton, of Dayton, Ohio, and E. B. Whitcomb, for petitioners. Allen & Allen, of Cincinnati, Ohio, for respondent.

PER CURIAM. Application denied.

LAMSON BROS. et al. v. RAINBOLT. (Circuit Court of Appeals, Eighth Circuit. January 3, 1921.) No. 5629. In Error to the District Court of the United States, for the District of Nebraska. Francis A. Brogan, Alfred G. Ellick, and Anan Raymond, all of Omaha, Neb., for plaintiffs in error. F. H. Gaines and E. G. McGilton, both of Omaha, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiffs in error, on motion of plaintiffs in error.